TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00493-CR






Dennis Drew Chafin, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-00-014, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING





O R D E R



On December 12, 2002, this Court reversed appellant's conviction for indecency with
a child. On January 16, 2003, the State's motion for rehearing was denied without opinion.

Appellant has filed a motion to set bail pending final determination of the appeal. 
Tex. Code Crim. Proc. Ann. art. 44.04(h) (West Supp. 2003). The motion is granted and bail is set
at $10,000.00.

It is ordered February 7, 2003.


 __________________________________________

 John F. Onion, Jr., Justice

Before Justices B. A. Smith, Yeakel and Onion*

Do Not Publish

* Before John F. Onion, Jr., Presiding Judge (retired), Court of Criminal Appeals, sitting by
assignment. See Tex. Gov't Code Ann. § 74.003(b) (West 1998).